[No. 9931–8–III.  Division Three.  January 8, 1991.]

EDWARD ROYBAL, ET AL, *Appellants,* v. SHIELDS, BAG & PRINTING COMPANY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 88–2–00583–3, Heather Van Nuys, J., entered March 21, 1989. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Shields, J.

[No. 10256–4–III.  Division Three.  January 8, 1991.]

MARY HUSBAND, *Individually and as Personal Representative, Appellant,* v. THE PACIFIC POWDER COMPANY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Chelan County, No. 87–2–00632–2, Charles W. Cone, J., entered September 11, 1989. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Shields, A.C.J., and Munson, J.

[No. 10274–2–III.  Division Three.  January 8, 1991.]

*In the Matter of the Marriage of* M. JAMES RYAN, *Respondent, and* S. ELLEN RYAN, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 85–3–02083–7, Kathleen M. O'Connor, J., entered September 1, 1989. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Shields, JJ.